**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,    :   No. 216 WAL 2018

          Respondent             :

                                       :   Petition for Allowance of Appeal from

                                       :   the Order of the Superior Court

          v.                      :

                                       :

AKANINYENE EFIONG AKAN,         :

                                       :

          Petitioner              :

## <u>ORDER</u>

**PER CURIAM**

      **AND NOW**, this 30th day of October, 2018, the Petition for Allowance of Appeal is **DENIED**.

      Justice Wecht did not participate in the consideration or decision of this matter.